AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
NORTHERN District of CALIFORNIA, OAKLAND DIVISION

FILED
MAY 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
v.
PEACHES CHANTE LABRUE

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70307-WDB | | 4-07-70307-WDB | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of Title 18 U.S.C. § 287

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of California, Fresno

**DESCRIPTION OF CHARGES:**
The defendant did knowingly submit a false claim to the Internal Revenue Service, an agency of the United States (2 Counts).

**CURRENT BOND STATUS:**

☒ Bail Fixed at $50,000 Unsecured Personal Recognizance (PR)
Bond shall be transferred to the District of Offense.

☒ Other (specify) On May 25, 2007, the defendant admitted her identity and waived her Identity/Removal Hearing in the District of Arrest.

**Representation:**  ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**  ☒ No   ☐ Yes   Language:

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

IT IS HEREBY ORDERED THAT the defendant must report to the U.S. District Court, Eastern District of California, Fresno before the General Duty Magistrate on **Friday, June 8, 2007 at 1:30 p.m.**, and when summoned by that District, and to abide by further orders of that Court. The defendant's attorney, AFPD Joyce Leavitt, must find out the name of the General Duty Magistrate Judge before whom the defendant needs to appear and inform the defendant accordingly.

5-25-07
Date

/s/ Wayne D. Brazil
United States Judge or Magistrate Judge  WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

*[handwritten margin note: cc: WDB's Stats, Copy to Parties, Pretrial, Financial, Cathy/Peggy, recording via Marshal/ECF]*