1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK KROTOSKI, (CABN 138549)
3  Chief, Criminal Division

4  BRYAN R. WHITTAKER (TXSBN 24047097)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, CA 94612
       Telephone: (510) 637-3740
7      FAX: (510) 637-3724

8  Attorneys for the United States

9
                      UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND DIVISION
11

12 UNITED STATES OF AMERICA        )    No. CR-07-70307 WDB
                                   )
13       v.                        )
                                   )
14 PEACHES CHANGE LABLUE,          )    SUBSTITUTION OF ATTORNEY
                                   )
15       Defendant.                )
   _____ )
16

17     Please take notice that as of May 31, 2007, the Special Assistant U.S. Attorney whose

18 name, address, telephone number and email address are listed below was assigned to be

19 counsel for the government.

20          Special Assistant U.S. Attorney Bryan R. Whittaker
                   1301 Clay Street, Suite 340S
21                      Oakland, CA 94612
                    Telephone: (510) 637-3740
22                  Bryan.Whittaker@usdoj.gov

23

24 DATED: May 31, 2007              Respectfully submitted,
25
                                    SCOTT N. SCHOOLS
26                                  United States Attorney

27                                  _____/s/_____
                                    BRYAN R. WHITTAKER
28                                  Assistant United States Attorney