IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 4-07-70307 WDB |
| Plaintiff, | [PROPOSED] ORDER RE: TRANSPORTATION EXPENSES |
| v. | |
| PEACHES CHANTE LABLUE, | |
| Defendant. | |

GOOD CAUSE APPEARING,

Defendant Peaches Chante LaBlue, who has previously filed a financial affidavit and answered questions posed to her by this Court regarding her ability to pay for travel, has been ordered by this Court to appear Friday, June 8, 2007 at 1:00 p.m. at the United States District Court for the Eastern District of California, Fresno Courthouse, before The Hon. Sandra M. Snyder, United States Magistrate Judge. Because the interests of justice are served and the Court is satisfied that the defendant is financially unable to provide the necessary transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals Service for the Northern District of California shall make round trip travel arrangements via bus or

ORDER RE:
TRANSPORTATION
EXPENSES

1  train, and furnish transportation expenses to the above-named defendant to enable her to travel from

2  Oakland, California to the Eastern District of California in order to appear as required on Friday,

3  June 8, 2007 at 1:00 p.m.

4      IT IS SO ORDERED.

5  DATED: June ____, 2007

6                                                      _____
7                                                      WAYNE D. BRAZIL
                                                      United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER